October 9, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00060-CV

THRIVE ACADEMY AND TEXAS WORKFORCE COMMISSION, Appellants

V.

JENNIFER R. MITCHELL, Appellee

This cause, an appeal from the judgment in favor of appellee, Jennifer R. Mitchell, signed November 16, 2023, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment denying Appellee's summary judgment motion and granting Appellants' joint summary judgment motion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Jennifer R. Mitchell.

We further order this decision certified below for observance.

Judgment Rendered October 9, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.